# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-01154-CJC(RNBx) | Date | June 21, 2010 |
|---|---|---|---|
| Title | Jessica M. Kramer v. Toyota Motor Corporation, et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Michelle Urie | Maria Dellaneve |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| William M. Hensley | Michael L. Mallow<br>Derek K. Ishikawa<br>Rachel A. Rappaport |

**Proceedings:**   STATUS CONFERENCE

Status conference held. Court confers with counsel regarding status report filed. Court and counsel confer further regarding case management. Court schedules a further status conference for July 30, 2010 at 3:00 p.m. and directs counsel to meet and confer and prepare and file a briefing and hearing schedule and proposed case management order.

Court GRANTS Mr. Kiesel's oral motion to waive Local Rule 23-3 Class Certification Requirement.

1 : 04

Initials of Preparer   mu